LaBARBIERA & MARTINEZ
By: Richard LaBarbiera, Esq.
Attorney ID 028141997
9252 Kennedy Boulevard
North Bergen, NJ 07047
RLB@personalinjuryfirm.net
Tel:   201-854-6444
Fax:   201-854-6442
Attorney for Plaintiff(s)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTHONY N. MORIN,<br><br>Plaintiff(s),<br><br>v.<br><br>BINLI TRUCKING, INC., ZHAO G. JIANG, JOHN DOES 1-10 (being fictitious persons whose identities are currently unknown) and ABC CO. 1-10 (being fictitious business entities whose identities are currently unknown),<br><br>Defendants. | STIPULATION OF DISMISSAL WITH PREJUDICE ON ACCOUNT OF SETTLEMENT<br><br>Case 2:17-cv-08392-SRC-CLW |

**THIS MATTER** in difference in the above captioned matter between the plaintiff, ANTHONY N. MORIN, and the defendants, BINLI TRUCKING, INC., ZHAO G. JIANG, and this matter now having been amicably adjusted between the parties; it is hereby STIPULATED and AGREED that the Complaint filed by plaintiff as against the defendants is hereby DISMISSED WITH PREJUDICE.

LaBARBIERA & MARTINEZ

_/s/ Richard LaBarbiera_
RICHARD LaBARBIERA, ESQ.
DATED:   8-10-18

LESTER SCHWAB KATZ & DWYER, LLP

_/s/ Alfred Alvarado_
~~PAUL T. VASSILIADIS, ESQ.~~
ALFRED ALVARADO, ESQ.
DATED:   8/20/18

**SO ORDERED.**

/s Stanley R. Chesler, U.S.D.J.
Date: August 27, 2018